# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Supervised Release) |
| v. | Case Number:  13-cr-00345-MSK-01 |
| | USM Number:  10600-280 |
| CELESTINO ANTONIO MENDOZA | Brian Rowland Leedy <br> (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 11/7/2014 |
| 2 | Failure to Follow the Instructions of the Probation Officer | 10/28/2014 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 25, 2015
Date of Imposition of Judgment

*s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, Chief U.S. District Judge
Name & Title of Judge

March 3, 2015
Date

DEFENDANT:  CELESTINO ANTONIO MENDOZA
CASE NUMBER:  13-cr-00345-MSK-01                                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Notify the Probation Officer of Change in Residence | 10/04/2014 |
| 4 | Failure to Notify the Probation Officer of Change in Employment | 10/10/2014 |
| 5 | Possession and Use of a Controlled Substance | 06/16/2014 |
| 6 | Possession and Use of a Controlled Substance | 08/06/2014 |
| 7 | Possession and Use of a Controlled Substance | 08/24/2014 |
| 8 | Possession and Use of a Controlled Substance | 09/17/2014 |
| 9 | Possession and Use of a Controlled Substance | 10/16/2014 |
| 10 | Failure to Comply with the Rules of Home Detention and Location Monitoring | 06/04/2014 |
| 11 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 11/20/2014 |
| 12 | Failure to Participate in Drug and Alcohol Testing as Directed by the Probation Officer | 11/20/2014 |
| 13 | Violation of Law | 11/25/2014 |

DEFENDANT:  CELESTINO ANTONIO MENDOZA
CASE NUMBER:  13-cr-00345-MSK-01                                                                           Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) year, to be served consecutively to the sentence imposed in Denver County District Court, Case Number 15CR00579.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                          _____
                                                                          UNITED STATES MARSHAL

                                                                          By_____
                                                                              Deputy United States Marshal